UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                            CASE NO.: 6:18-bk-02383

Wai-Sue Yee-Noren

      Debtors.                                                       Chapter 13
_____/

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington St. Orlando Fl 32801 and serve a copy on the movant's attorney, Sophia Dean 12301 Lake Underhill Rd. Suite 213 Orlando, FL 32828, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## RULE 3001(c) AMENDED OBEJCTION TO CLAIM NO. 06 and No.07 OF BANK OF AMERICA, NA

**COMES NOW**, the Debtor(s), Wai-Sue Yee-Noren, by and through the undersigned counsel, and hereby files this Objection to the Claim of Creditor, Bank of America, NA, and as grounds in support thereof would state as follows:

1. The Creditor, Bank of America, NA, filed a general unsecured Claims No. 06 and No. 7 on or about June 26, 2018 and June 27. 2018 in the amount of $17,889.90 and $3938.83 respectively.

2. Bank of America, NA filed a Proof of Claim with an attachment, which provides minimal information as to the claim.  It does not provide any statements, written agreements or

invoices.  The Debtors object that the claim has failed to attach sufficient documentation to establish a prima facie proof of claim as required by Bankruptcy Rule 3001(c).  In re Taylor, Case No. 6:06-bk-00570-KSJ; In re Sandifer, 318 B.R. 609, 611 (Bankr. M.D. Fla. 2004).

**WHEREFORE**, the Debtors, Wai_Sue Yee-Noren, by and through the undersigned attorney, requests an Order sustaining this Objection and disallowing Claim No. 06 and Claim No. 7 in its entirety, as lacking any prima facie validity, and order such other and further relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by Electronic Notice or First Class U.S. Mail, postage pre-paid to: Bank Of America NA, PO BOX 982284, El Paso, TX 79998-2238; Laurie K. Weatherford, Chapter 13 Trustee, PO BOX 3450, Winter Park, FL 32790-3450; and Debtor Wai- Sue Yee Noren, c/o the undersigned.

Respectfully Submitted,

/S/ Sophia Dean

Sophia Dean, Esq.

Florida Bar No. 92295

THE ORLANDO LAW GROUP, PL

12301 Lake Underhill Rd. Suite 213

Orlando, Florida 32828

Tel: (407) 512-4394

Fax: (407) 955-4654

E-Mail: Sdean@theorlandolawgroup.com