ORDERED.

Dated: September 14, 2018

*Cynthia C. Jackson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                 Case No.: 6:18-bk-02383
Wai-Siu Yee Noren

    Debtor.
_____/

### ORDER SUSTAINING DEBTOR'S AMENDED OBJECTION TO CLAIMS #6, & 7 OF BANK OF AMERICA NA.

THIS CASE having come before the Court without a hearing upon the Debtor(s)' Objection to Claims #6, & 7 of Bank Of America NA (Doc #18 ), which was served upon all interest parties on July 17, 2017, with Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service, no party having filed an objection within the time permitted, the Court therefore considers the matter to be unopposed.

Accordingly, it is **ORDERED**

1. That the Debtor(s)' Objection to Claims # 6, & 7 of Bank of America NA is SUSTAINED.

2. Claims #, 6, & 7 are disallowed as unsecured claims.

Attorney Sophia Dean is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

To:
Trustee: Laurie K. Weatherford, POB 3450, Winter Park, FL 32790
Creditor: Bank Of America NA,  PO BOX 982284, El Paso, TX 79998-2238